ACCEPTED
01-15-00659-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/18/2015 2:48:05 PM
CHRISTOPHER PRINE
CLERK

# NO. 01-15-00659-CV

**IN THE COURT OF APPEALS
FIRST JUDICIAL DISTRICT
HOUSTON, TEXAS**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/18/2015 2:48:05 PM
CHRISTOPHER A. PRINE
Clerk

## James Keith Barger v. Cari Joan Barger

*On Appeal from the 311th Judicial District Court,
Harris County, Texas*

*Trial Court Cause No. 2007-40641*

## APPELLANT'S UNOPPOSED FIRST MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

COMES NOW, TAYLOR T. IMEL, Attorney for Appellant, JAMES KEITH BARGER, and files this *Appellant's Unopposed First Motion for Extension of Time to File Appellant's Brief* and in support thereof would respectfully show the Court the following:

1. Appellant is JAMES KEITH BARGER; Appellee is CARI JOAN BARGER.

2. The 311th Family District Court of Harris County, Texas signed an *Order on Motion to Reconsider and/or Motion to Modify, Correct, and/or Reform*

1

*Judgment; and/or In the Alternative, Motion for New Trial* on June 30, 2015 in Cause No. 2007-40641 styled *In the Matter of the Marriage of Cari Joan Barger and James Keith Barger and In the Interest of James Steven Barger and Rebeccah Danielle Barger, Children.*

3.     Appellant, JAMES KEITH BARGER, filed his notice of appeal on July 23, 2015.  The Clerk's record was filed on November 6, 2015 and the Reporter's Record was filed on November 30, 2015.

4.     Appellant's Brief is due on December 30, 2015.  This Motion is filed before the deadline to file Appellant's Brief.

5.     There is no specific deadline to file this motion to extend time.  *Tex. R. App. P. 38.6(d).*

6.     Appellee, CARI JOAN BARGER, does not oppose this Motion.

7.     Appellant, JAMES KEITH BARGER, requests an additional thirty (30) days to file Appellant's brief, extending the time until January 29, 2016.

8.     Appellant needs additional time to file the brief.  During the relevant period of time in which the Appellant's brief has come due, Appellant's counsel has been attending to other matters including but not limited to:

a.     Research, preparation, and participation in summary judgment filings, hearing on continuance of trial and trial deadlines, and extensive discovery

2

matters heard in Cause No. 2008-53787 styled *In the Interest of Solomon Gregory Guefen and Ahava Guefen*.

9.   Additionally, Appellant's counsel will be on vacation with her family during the holidays from December 24, 2015 through January 1, 2016, thus reducing the time by which Appellant's counsel must have completed and file Appellant's brief.

10.   No previous extensions to file Appellant's Brief have been requested.

WHEREFORE PREMISES CONSIDERED, Appellant, JAMES KEITH BARGER, prays that this Court grant this *Appellant's Unopposed First Motion for Extension of Time to File Appellant's Brief* and extend Appellant's time to file his Brief until and including January 29, 2016, as set forth above. Appellant prays for general relief.

Respectfully submitted,

KOONSFULLER, P.C.

/s/          Taylor Toombs Imel
TAYLOR TOOMBS IMEL
State Bar No. 24073302
109 N. Post Oak Lane, Suite 425
Houston, Texas 77024
(713) 789-5112 (Telephone)
(713) 789-5123 (Facsimile)
houstonservice@koonsfuller.com
taylor@koonsfuller.com
Attorney for Appellant
JAMES KEITH BARGER

3

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with Appellee's counsel, Linda G. Marshall, by email regarding Appellee's position on this Motion. Linda G. Marshall does not oppose this Motion.

/s/     Taylor Toombs Imel
TAYLOR TOOMBS IMEL

## CERTIFICATE OF SERVICE

I certify that a copy of this *Appellant's Unopposed First Motion for Extension of Time to File Appellant's Brief* was served on the following parties and/or attorneys of record in the manner described in accordance with the Texas Rules of Appellate Procedure on this the 18th day of December, 2015:

***Via E-Service/Email: lgmlaw@airmail.net***
***Via Facsimile (713) 654-9898***
Linda G. Marshall
5020 Montrose, Suite 700
Houston, Texas 77006

/s/   Taylor Toombs Imel
TAYLOR TOOMBS IMEL